**Opinion issued October 11, 2016**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-16-00687-CR

———————————

## IN RE FRANK ANTHONY PICONE, Relator

---

### Original Proceeding on Petition for Writ of Mandamus

---

### MEMORANDUM OPINION

Proceeding pro se, relator, Frank Anthony Picone, has filed a petition for a writ of mandamus, contending that the trial court has failed to rule on his "Motion for Nunc Pro Tunc." In 1995, the trial court found relator guilty of the offense of capital murder and assessed his punishment at confinement for life. He requests that

we direct the trial court to issue a judgment nunc pro tunc correcting alleged clerical errors in the judgment of the trial court.[1]

We deny the petition.

**PER CURIAM**

Panel consists of Justices Jennings, Keyes, and Brown.

---

[1] The underlying case is *The State of Texas v. Frank Anthony Picone*, cause number 685060, in the 184th District Court of Harris County, Texas, the Honorable Jan Krocker presiding.